Debtor 1: Jennifer A. Bromann-Bender; fka Jennifer A. Bromann

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 13-33704

# Form 4100R
## Response to Notice of Final Cure Payment                                                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 1 3

**Property address:** 13043 184th St
Number   Street

Mokena         IL       60448
City           State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____  MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                              (a) $ 42,894.84
  b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $    175.38
  c. **Total.** Add lines a and b.                                         (c) $ 43,070.22

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  05 / 01 / 2017   MM / DD / YYYY

Form 4100R                        Response to Notice of Final Cure Payment                    page 1

| Debtor 1 | Jennifer A. Bromann-Bender | Case number *(if known)* 13-33704 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ D. Anthony Sottile
Signature

Date 11/8/2018

Print: D. Anthony Sottile (IN 27696-49)
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: P.O. Box 476
Number    Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

| Bromann, Jennifer | | | | | | | | Interest Method: | Arrears | **No POC Filed / Borrower pays Ongoing | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loa | | | | | | | | Interest Rate: | ARM | **BK Filed 08/23/13 - Case #13-33704 | | | | | |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage (Trustee Claim #3) Balance | Arrearage Funds Rec'd from Claim #3 | Late Balance | Late Fees/pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 | | (4,373.95) | | 0.00 | | 0.00 | | 4,946.47 | 233,882.04 |
| 08/23/13 | | BK Filed - No POC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,373.95) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,946.47 | 233,882.04 |
| | | Missing pay history from BK File 08/23/13 thru 01/18/17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,373.95) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,946.47 | 233,882.04 |
| 01/19/17 | | Transfer to Carrington - DUE FOR 03/01/16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,373.95) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,946.47 | 233,882.04 |
| 01/24/17 | | Funds Rec'd from Trustee Claim #3 | 866.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,373.95) | 0.00 | 866.41 | 866.41 | 0.00 | 0.00 | 4,946.47 | 233,882.04 |
| 01/30/17 | 30 | 03/01/16 | 2,100.00 | 565.02 | 560.34 | 560.34 | 560.34 | 4.68 | (3,690.13) | 683.82 | 866.41 | 0.00 | 0.00 | 0.00 | 5,797.63 | 233,877.36 |
| 02/03/17 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,189.13) | (1,499.00) | 866.41 | 0.00 | 0.00 | 0.00 | 5,797.63 | 233,877.36 |
| 02/09/17 | | Funds Rec'd from Trustee Claim #3 | 2,434.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,189.13) | 0.00 | 3300.64 | 2434.23 | 0.00 | 0.00 | 5,797.63 | 233,877.36 |
| 02/21/17 | | Funds Rec'd from Trustee Claim #3 | 1,083.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (5,189.13) | 0.00 | 4383.67 | 1083.03 | 0.00 | 0.00 | 5,797.63 | 233,877.36 |
| 03/09/17 | 30 | 04/01/16 | 0.00 | 565.02 | 560.33 | 560.33 | 560.33 | 4.69 | (4,505.31) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 4,548.79 | 233,872.67 |
| | 30 | 05/01/16 | 0.00 | 565.02 | 560.32 | 560.32 | 560.32 | 4.70 | (3,821.49) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 3,299.95 | 233,867.97 |
| | 30 | 06/01/16 | 0.00 | 565.02 | 560.31 | 560.31 | 560.31 | 4.71 | (3,137.67) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 2,051.11 | 233,863.26 |
| | 30 | 07/01/16 | 0.00 | 565.02 | 560.30 | 560.30 | 560.30 | 4.72 | (2,453.85) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 802.27 | 233,858.54 |
| 03/13/17 | 30 | 08/01/16 | 2,100.00 | 565.02 | 560.29 | 560.29 | 560.29 | 4.73 | (1,770.03) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 1,653.43 | 233,853.81 |
| 03/13/17 | 30 | 09/01/16 | 0.00 | 565.02 | 560.27 | 560.27 | 560.27 | 4.75 | (1,086.21) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 404.59 | 233,849.06 |
| 05/17/17 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,763.77) | (3,677.56) | 4383.67 | 0.00 | 0.00 | 0.00 | 404.59 | 233,849.06 |
| 05/26/17 | 30 | 10/01/16 | 1,488.84 | 565.02 | 560.26 | 560.26 | 560.26 | 4.76 | (4,079.95) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 644.59 | 233,844.30 |
| 08/04/17 | 30 | 11/01/16 | 1,000.00 | 565.02 | 560.25 | 560.25 | 560.25 | 4.77 | (3,396.13) | 683.82 | 4383.67 | 0.00 | 0.00 | 0.00 | 395.75 | 233,839.54 |
| 08/15/17 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | (3,677.56) | 4383.67 | 0.00 | 0.00 | 0.00 | 395.75 | 233,839.54 |
| 08/18/17 | | Funds Rec'd from Trustee Claim #3 | 5,874.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | 0.00 | 10258.43 | 5874.76 | 0.00 | 0.00 | 395.75 | 233,839.54 |
| 09/19/17 | | Funds Rec'd from Trustee Claim #3 | 944.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | 0.00 | 11203.33 | 944.90 | 0.00 | 0.00 | 395.75 | 233,839.54 |
| 10/18/17 | | Borrower Payment | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | 0.00 | 11203.33 | 0.00 | 0.00 | 0.00 | 895.75 | 233,839.54 |
| 10/20/17 | | Funds Rec'd from Trustee Claim #3 | 322.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | 0.00 | 11525.49 | 322.16 | 0.00 | 0.00 | 895.75 | 233,839.54 |
| 11/16/17 | | Funds Rec'd from Trustee Claim #3 | 214.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | 0.00 | 11740.27 | 214.78 | 0.00 | 0.00 | 895.75 | 233,839.54 |
| 12/15/17 | | Funds Rec'd from Trustee Claim #3 | 671.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (7,073.69) | 0.00 | 12411.48 | 671.21 | 0.00 | 0.00 | 895.75 | 233,839.54 |
| 01/09/18 | 30 | 12/01/16 | 500.00 | 565.02 | 560.24 | 560.24 | 560.24 | 4.78 | (6,389.87) | 683.82 | 12411.48 | 0.00 | 0.00 | 0.00 | 146.91 | 233,834.76 |
| | | New Rate: 3.375% New P&I: $663.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,389.87) | 0.00 | 12411.48 | 0.00 | 0.00 | 0.00 | 146.91 | 233,834.76 |
| 01/26/18 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (8,008.87) | (1,619.00) | 12411.48 | 0.00 | 0.00 | 0.00 | 146.91 | 233,834.76 |
| 05/08/18 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,797.75) | (3,788.88) | 12411.48 | 0.00 | 0.00 | 0.00 | 146.91 | 233,834.76 |
| 06/01/18 | | Borrower Payment | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,797.75) | 0.00 | 12411.48 | 0.00 | 0.00 | 0.00 | 1,246.91 | 233,834.76 |
| 06/12/18 | 30 | 01/01/17 | 1,000.00 | 663.28 | 657.66 | 657.66 | 657.66 | 5.62 | (10,975.81) | 821.94 | 12411.48 | 0.00 | 0.00 | 0.00 | 761.69 | 233,829.14 |
| 06/26/18 | | LOAN BOARDED TO SN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,975.81) | 0.00 | 12411.48 | 0.00 | 0.00 | 0.00 | 761.69 | 233,829.14 |
| 07/09/18 | 30 | 02/01/17 | 1,500.00 | 663.28 | 657.64 | 657.64 | 657.64 | 5.64 | (10,153.87) | 821.94 | 12411.48 | 0.00 | 0.00 | 0.00 | 776.47 | 233,823.50 |
| 08/17/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,153.87) | 0.00 | 12411.48 | 0.00 | (58.46) | (58.46) | 776.47 | 233,823.50 |
| 08/27/18 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,942.75) | (3,788.88) | 12411.48 | 0.00 | (58.46) | 0.00 | 776.47 | 233,823.50 |
| 09/17/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,942.75) | 0.00 | 12411.48 | 0.00 | (116.92) | (58.46) | 776.47 | 233,823.50 |
| 09/21/18 | 30 | 03/01/17 | 2,238.84 | 663.28 | 657.63 | 657.63 | 657.63 | 5.65 | (13,120.81) | 821.94 | 12411.48 | 0.00 | (116.92) | 0.00 | 1,530.09 | 233,817.85 |
| | | New Rate: 4.0% New P&I: $1,416.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,120.81) | 0.00 | 12411.48 | 0.00 | (116.92) | 0.00 | 1,530.09 | 233,817.85 |
| 09/21/18 | 30 | 04/01/17 - pmt w/ adj | 0.00 | 1,416.90 | 779.39 | 779.39 | 779.39 | 637.51 | (13,007.62) | 113.19 | 12411.48 | 0.00 | (116.92) | 0.00 | (0.00) | 233,180.34 |
| 10/17/18 | | Late Charge Assessed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,007.62) | 0.00 | 12411.48 | 0.00 | (175.38) | (58.46) | (0.00) | 233,180.34 |
| 10/18/18 | | NOFC FILED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,007.62) | 0.00 | 12411.48 | 0.00 | (175.38) | 0.00 | (0.00) | 233,180.34 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,007.62) | 0.00 | 12411.48 | 0.00 | (175.38) | 0.00 | (0.00) | 233,180.34 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (13,007.62) | 0.00 | 12411.48 | 0.00 | (175.38) | 0.00 | (0.00) | 233,180.34 |
| | | **DUE FOR 05/01/17** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **(13,007.62)** | **0.00** | **12411.48** | **0.00** | **(175.38)** | **0.00** | **(0.00)** | **233,180.34** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In Re: | Case No. 13-33704 |
| Jennifer A. Bromann-Bender<br>*fka* Jennifer A. Bromann | Chapter 13 |
| Debtor. | Honorable Judge Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure Payment upon the below-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Road, Suite 180, Loveland, OH 45140 on November 8, 2018, before the hour of 5:00 p.m.

    Gerald Bauer, Jr, Debtor's Counsel
    glb@gbauerlaw.com

    Glenn B Stearns, Chapter 13 Trustee
    Mcguckin_m@lisle13.com

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Jennifer A. Bromann-Bender, Debtor
    13043 184th St.
    Mokena, IL 60448

    Respectfully Submitted,

    /s/ D. Anthony Sottile
    D. Anthony Sottile (IN 27696-49)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: 513.444.4100
    bankruptcy@sottileandbarile.com